7607.  CLOWER *v.* WESTERN UNION TELEGRAPH COMPANY.

HODGES, J.  The plaintiff sued the Western Union Telegraph Company, alleging that he was run over by a bicycle messenger-boy in 'the service of the company.  He did not know how he was hurt, and his witness testified that he (the plaintiff) was struck by "a boy on a wheel;" that "the boy had a blue uniform and a cap of the Western Union Company;" that he "did not know whether it was the Western Union Company's wheel or not, but the rider had a uniform on."  *Held,* that the evidence did not meet the allegations of the petition, and was not sufficient to require a submission of the case to the jury.  The court did not err in awarding a nonsuit.                *Judgment affirmed.*
DECIDED NOVEMBER 16, 1916.

Action for damages; from city court of Atlanta—Judge Reid. April 3, 1916.

*R. B. Blackburn,* for plaintiff.  *Dorsey, Brewster, Howell & Heyman, Hugh Howell,* for defendant.

---

7610.  SEABOLT *v.* OLVEY.

WADE, C. J.  1.  "One whose personal property has been wrongfully withheld or converted by another may proceed by trover to recover it, or he may waive the tort, adopt the transaction, and treat the wrongdoer as his debtor for the purchase-price."  *Rowe* v. *Sam Weichselbaum Co.,* 3 *Ga. App.* 504 (2), 507 (60 S. E. 275).  And this is true even where the taking of the property converted or withheld constitutes larceny.  Where the owner elects to sue for the value of the property on an implied promise to pay, the action so brought is one arising ex contractu, and not ex delicto.  *Buchanan* v. *McClain,* 110 *Ga.* 477 (3), 479 (35 S. E. 665).  See also *Florida Central Railroad Co.* v. *Cherokee Sawmill Co.,* 11 *Ga. App.* 278, 279 (75 S. E. 164).
2.  There was evidence from which it might be inferred that the defendant wrongfully took possession of certain property belonging to the plaintiff, and converted it to his own use; and the judge of the superior court did not err in overruling and dismissing the certiorari.
                *Judgment affirmed.*
DECIDED NOVEMBER 16, 1916.

Certiorari; from Fannin superior court—Judge Patterson.  May 26, 1916.

*Thomas A. Brown,* for plaintiff in error.
*B. L. Smith, O. R. DuPree, William Butt,* contra.